UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SAMARA PEREIRA TREGA, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | CIVIL NO.  2:25-cv-00643-JAW |
| ) | |
| PAMELA BONDI, et al., ) | |
| ) | |
| Respondents ) | |

## JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr. on January 16, 2026;

The Petition for Writ of Habeas Corpus is dismissed without prejudice.

Dated this 16th day of January 2026.

                                              ERIC M. STORMS
                                              ACTING CLERK

                       By:    /s/ Joanne McCue
                              Deputy Clerk